RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2011 AUG -9 PM 1: 23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Cr. No. ~~11-20205-STH~~ |
| | ) | 11-20224 STA |
| vs. | ) | 18 U.S.C § 1591(a)(1) |
| | ) | |
| MAURICE MAXWELL | ) | |
| | ) | |
| Defendant. | ) | |

FILED IN OPEN COURT
DATE: 8-23-2011
TIME: 4:35 pm
INITIALS: ___

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

From in or about June 2011 until or about July 21, 2011 all dates being approximate and inclusive, in the Western District of Tennessee and elsewhere, the Defendant,

---------------------------------------- **MAURICE MAXWELL** ----------------------------------------

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain by any means A.B., a minor, and did benefit, financially and by receiving something of value, from participation in a venture that engaged in such acts, knowing that A.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

DATE: August 5, 2011

_signature_

**EDWARD L. STANTON, III**
**UNITED STATES ATTORNEY**