AO 455 (Rev. 01/09) Waiver of an Indictment

FILED IN OPEN COURT
DATE: 8-22-2011
TIME: 4:08 pm
INITIALS: J.H.

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. ~~11-20205-STA~~ |
| MAURICE MAXWELL | ) | 11-20224 STA |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date 8/23/11

*Defendant's signature*

*Signature of defendant's attorney*

Doris Randle-Holt
*Printed name of defendant's attorney*

s/S. Thomas Anderson
*Judge's signature*

United States District Court Judge
*Judge's printed name and title*